[No. 9922-9-III. Division Three. February 6, 1990.]

*In the Matter of the Marriage of* LINDA M. FOREST,
*Appellant, and* STANLEY L. FOREST,
*Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 88-3-00142-1, James R. Brown, J. Pro Tem.,
entered March 8, 1989. *Affirmed in part, reversed in part,
and remanded* by unpublished opinion per Shields, J., con-
curred in by Munson, C.J., and Green, J.

[No. 12616-8-II. Division Two. February 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
DAWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-1-00313-2, William L. Brown, Jr., J.,
entered February 17, 1989. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Alexander,
C.J., and Reed, J.

[No. 12413-1-II. Division Two. February 6, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. RONALD WAYNE
PRATT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-1-01259-0, Rosanne Buckner, J., entered
August 3, 1988. *Reversed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Petrich, J.